JOHN M. MCCOY III, Cal Bar. No. 166244
Email: mccoyj@sec.gov
FINOLA H. MANVELIAN, Cal. Bar No. 180681
Email: manvelianf@sec.gov
JESSICA R. PUATHASNANON, Cal. Bar No. 208074
Email: puathasnanonj@sec.gov
BERNARD B. SMYTH III, Cal. Bar No. 217741
Email: smythb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew G. Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMOUEI,<br><br>Defendants,<br><br>and<br><br>TRIPLE "J" PLUS, LLC,<br><br>Relief Defendant. | Case No. CV10 0124 DDP (JEMx)<br><br>DECLARATION OF SHARZHAD YAFTABADI IN SUPPORT OF *EX PARTE* APPLICATION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR TEMPORARY RESTRAINING ORDER AND ORDERS: (1) FREEZING ASSETS; (2) APPOINTING A TEMPORARY RECEIVER; (3) REQUIRING ACCOUNTINGS; AND (4) PROHIBITING THE DESTRUCTION OF DOCUMENTS; AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND APPOINTMENT OF A PERMANENT RECEIVER |

# DECLARATION OF SHARHZAD YAFTABADI

I, Sharhzad Yaftabadi, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I have personal knowledge of each of the matters set forth below and I make this Declaration at the request of the United States Securities and Exchange Commission.

2. I am 45 years old and reside in Thousand Oaks, California. I am Iranian-American.

3. I first learned of NewPoint Financial Services several years ago on John Farahi's radio program on the Iranian radio station, KIRN. In late 2008, I called NewPoint Financial Services to set up an appointment to discuss investing some of my money with Mr. Farahi and NewPoint Financial Services.

4. On November 13, 2008, I met Mr. Farahi at NewPoint Financial Services' offices in Beverly Hills, California. He told me that NewPoint Financial Services was making investments in trust deeds and government bonds. He told me that I could put my money in the investment in trust deeds and receive a certain percentage return in interest over a period of a certain number of years. Alternatively, he said that I could put my money in the investment in government bonds and get a return of 6% in interest over a one year period. Based on Mr. Farahi's representations, I invested $150,000.00 in NewPoint Financial Services' government bonds investment.

5. To fund my investment, I wrote a check to NewPoint Financial Services. Attached as Exhibit 1 is a copy of the check I provided. The signature on the check is mine. The handwriting on the check is also mine, including the notation in the memo section that the check was for a "Government Bond investment."

6. Later, in December 2008, I increased my investment by $130,000.00. I provided the $130,000.00 to NewPoint Financial Services in the form of a check from my personal bank account. Attached as Exhibit 2 is a copy of the check I

1  provided. The signature on the check is mine. The handwriting on the check is
2  also mine, including the notation in the memo section that the check was for a
3  "Bond investment."
4       I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6       Executed this ~~1~~ day of ~~August~~ 2009 in Thousand Oaks, California.
           First       September

                                            /s/ Shahzad Yaftabadi
                                            Shahzad Yaftabadi

# Bank



12/16/2008            $130,000.00

12/16/2008    914    $130,000.00

Exhibit ___1___ Page ___3___

SEC-LA3663-Sunwest-05688