1  JOHN M. MCCOY III, Cal Bar. No. 166244
   Email: mccoyj@sec.gov
2  FINOLA H. MANVELIAN, Cal. Bar No. 180681
   Email: manvelianf@sec.gov
3  JESSICA R. PUATHASNANON, Cal. Bar No. 208074
   Email: puathasnanonj@sec.gov
4  BERNARD B. SMYTH III, Cal. Bar No. 217741
   Email: smythb@sec.gov
5
   Attorneys for Plaintiff
6  Securities and Exchange Commission
   Rosalind R. Tyson, Regional Director
7  Andrew G. Petillon, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
8  Los Angeles, California 90036
   Telephone: (323) 965-3998
9  Facsimile: (323) 965-3908

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMOUEI,<br><br>Defendants,<br><br>and<br><br>TRIPLE "J" PLUS, LLC,<br><br>Relief Defendant. | Case No. CV10-0124 DDP (JEMx)<br><br>**STIPULATION EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING HEARING RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND APPOINTMENT OF PERMANENT RECEIVER TO FEBRUARY 19, 2010, AT 10:00 A.M.** |

1 | **IT IS HEREBY STIPULATED** by and between the Plaintiff Securities and
2 | Exchange Commission ("Commission"), defendants NewPoint Financial Services,
3 | Inc., John Farahi, Gissou Rastegar Farahi, and Elaheh Amouei, and relief
4 | defendant Triple "J" Plus, LLC, directly or through their attorneys of record, that
5 | the Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Appointing
6 | James H. Donell as temporary receiver over defendant NewPoint Financial
7 | Services, Inc. and relief defendant Triple "J" Plus, LLC; (3) Prohibiting the
8 | Destruction of Documents; and (4) Requiring Accountings; and Order to Show
9 | Cause Re Preliminary Injunction and Appointment of Permanent Receiver issued
10 | by this Court on January 8, 2010 be continued in its entirety from January 15, 2010
11 | at 10:00 a.m. until February 19, 2010 at 5:00 p.m. The hearing on the Order to
12 | Show Cause Re Preliminary Injunction and Appointment of Permanent Receiver
13 | shall be held on February 19, 2010 at 10:00 a.m., or as soon thereafter as the
14 | parties may be heard, in the Courtroom of the Honorable Dean D. Pregerson,
15 | United States District Judge. Any declarations, affidavits, points and authorities,
16 | or other submissions in support of the issuance of such an Order shall be filed with
17 | the Court and delivered to the Commission's Los Angeles office and the offices of
18 | the defendants and/or their attorneys no later than 5:00 p.m. on January 29, 2010.
19 | Any opposition papers shall be filed with the Court and delivered to the
20 | Commission's Los Angeles office and the offices of defendants and/or their
21 | attorneys no later than 5:00 p.m. on February 12, 2010.
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Any reply papers shall be filed with the Court and delivered to the Commission's Los Angeles office and the offices of defendants and/or their attorneys no later than 5:00 p.m. on February 17, 2010. Defendants shall have until March 10, 2010 to answer or otherwise respond to the Complaint.

Dated: January 12, 2010

                          Bernard B. Smyth
                          John M. McCoy III
                          Attorneys for Plaintiff Securities
                          And Exchange Commission

Dated: January 12, 2010

                          Defendant John Farahi

Dated: January 12, 2010

                          Defendant Gissou Rastegar Farahi

Dated: January 12, 2010

                          E. Amouei
                          Defendant Elaheh Amouei

Dated: January 12, 2010

                          James H. Donell
                          Jalmar Properties, Inc.
                          Temporary Receiver for Defendant
                          NewPoint Financial Services, Inc. and
                          Relief Defendant Triple "J" Plus, LLC

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On January 12, 2010, I caused to be served the document entitled **STIPULATION EXTENDING TEMPORARY RESTRAINING ORDER AND CONTINUING HEARING RE ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND APPOINTMENT OF PERMANENT RECEIVER TO FEBRUARY 19, 2010, AT 10:00 A.M.** on all the parties to this action addressed as stated on the attached service list:

[ ] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **FEDERAL EXPRESS:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X] **(Federal)** I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Date: January 12, 2010      /s/ John M. McCoy III
                                         John M. McCoy III

**SEC v. NEWPOINT FINANCIAL SERVICES, INC., et al.**
United States District Court – Central District of California
Case No. CV 10-0124 DDP (JEMx)
(LA-3663)

SERVICE LIST

James H. Donell
FedReceiver.com
12121 Wilshire Boulevard, Suite 301
Los Angeles, CA 90025
Email: james.donell@fedreceiver.com
*Court-Appointed Temporary Receiver for Defendant NewPoint Financial Services, Inc., and Relief Defendant Triple "J" Plus, LLC*

John Farahi
c/o David Hurwitz, Esq.
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Email: dih@birdmarella.com

Gissou Rastegar Farahi
c/o David Hurwitz, Esq.
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Email: dih@birdmarella.com

Elaheh Amouei
c/o David Hurwitz, Esq.
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Email: dih@birdmarella.com