JOHN M. MCCOY III, Cal Bar. No. 166244
Email: mccoyj@sec.gov
FINOLA H. MANVELIAN, Cal. Bar No. 180681
Email: manvelianf@sec.gov
JESSICA R. PUATHASNANON, Cal. Bar No. 208074
Email: puathasnanonj@sec.gov
BERNARD B. SMYTH III, Cal. Bar No. 217741
Email: smythb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Andrew G. Petillon, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMOUEI,<br><br>    Defendants,<br><br>and<br><br>TRIPLE "J" PLUS, LLC,<br><br>    Relief Defendant. | Case No. CV10-0124 DDP (JEMx)<br><br>**STIPULATION TO MODIFY TEMPORARY RESTRAINING ORDER TO PERMIT COUNSEL TO DRAW AGAINST PRE-EXISTING RETAINERS TO PAY FOR SERVICES RENDERED TO DATE** |

277931.1

1       WHEREAS, Bird, Marella, Boxer, Wolpert, Nessim, Drooks &
2 Lincenberg, P.C. ("Bird Marella") had been representing John Farahi and
3 NewPoint Financial Services, Inc. ("Newpoint") for over six months prior to the
4 filing of the Complaint by the Securities and Exchange Commission ("SEC") in
5 the above-entitled case;
6       WHEREAS, Freeman Freeman & Smiley LLP ("FFS") had been
7 representing NewPoint Financial Services, Inc., John Farahi, Gissou Rastegar
8 Farahi, and Elaheh Amouei, in the SEC's pre-filing investigation;
9       WHEREAS, on January 8, 2010, this Court issued a Temporary
10 Restraining Order: (1) Freezing Assets; (2) Appointing James H. Donell as
11 temporary receiver over defendant NewPoint Financial Services, Inc. and relief
12 defendant Triple "J" Plus, LLC; (3) Prohibiting the Destruction of Documents; and
13 (4) Requiring Accountings; and Order to Show Cause Re Preliminary Injunction
14 and Appointment of Permanent Receiver;
15       WHEREAS, Bird Marella and FFS hold monies in retainer that may
16 be subject to the Temporary Restraining Order;
17       WHEREAS, counsel have had discussions regarding the status of and
18 title to the monies held in retainer;
19       WHEREAS, the SEC and the Temporary Receiver agree that Bird
20 Marella and FFS may be permitted to draw monies from their pre-existing retainers
21 to pay for services rendered to date;

277931.1

1

1         IT IS HEREBY STIPULATED by and between the parties that
2   notwithstanding the provisions of this Court's January 8, 2010 temporary
3   restraining order, Bird Marella may draw monies from its retainer not to exceed
4   $70,000 and FFS may draw monies from its retainer not to exceed $25,000 to pay
5   for services performed through the date of entry of the proposed order.

6
7   Dated: January 25, 2010

8                                   Bernard B. Smyth
9                                   John M. McCoy III
                                  Attorneys for Plaintiff Securities
10                                  And Exchange Commission
11  Dated: January 25, 2010

12                                  James H. Donell
13                                  Jalmar Properties, Inc.
                                Temporary Receiver for Defendant
14                                  NewPoint Financial Services, Inc. and Relief
                                Defendant Triple "J" Plus, LLC
15  Dated: January ___, 2010
16
17                                  Defendant John Farahi
18
19  Dated: January ___, 2010
20                                  Defendant Gissou Rastegar Farahi
21
22  Dated: January ___, 2010
23                                  Defendant Elaheh Amouei
24
25
26
27
28

277931.1                               2