1   JOHN M. MCCOY III, Cal Bar. No. 166244
    Email:  mccoyj@sec.gov
2   FINOLA H. MANVELIAN, Cal. Bar No. 180681
    Email:  manvelianf@sec.gov
3   JESSICA R. PUATHASNANON, Cal. Bar No. 208074
    Email:  puathasnanonj@sec.gov
4   BERNARD B. SMYTH III, Cal. Bar No. 217741
    Email:  smythb@sec.gov
5
    Attorneys for Plaintiff
6   Securities and Exchange Commission
    Rosalind R. Tyson, Regional Director
7   Andrew G. Petillon, Associate Regional Director
    5670 Wilshire Boulevard, 11th Floor
8   Los Angeles, California 90036
    Telephone:  (323) 965-3998
9   Facsimile:  (323) 965-3908

10

11                    **UNITED STATES DISTRICT COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13   SECURITIES AND EXCHANGE              Case No. CV 10-0124 DDP (JEMx)
     COMMISSION,
14                                        **STIPULATION AND REQUEST FOR**
                                          **LIMITED RELIEF FROM ASSET**
15                Plaintiff,              **FREEZE TO PERMIT**
                                          **APPLICATION OF SPECIFIC**
16          vs.                           **FUNDS PURSUANT TO SECURITY**
                                          **INTEREST OF BANK LEUMI USA**
17   NEWPOINT FINANCIAL SERVICES,
     INC.; JOHN FARAHI; GISSOU
18   RASTEGAR FARAHI; and ELAHEH
     AMOUEI,
19
                  Defendants,
20
            and
21
     TRIPLE "J" PLUS, LLC,
22
                  Relief Defendant.
23

24

25

26

27

28

1    Whereas, Bank Leumi USA ("Bank Leumi") claims a perfected security
2 interest in Bank Leumi deposit account xxx-2326, which account is in the names of
3 defendants John Farahi and Gissou Rastegar Farahi;

4    Whereas, said account contains approximately $40,000, which was pledged
5 as collateral for previously-issued standby letter of credit in the amount of $40,000;

6    Whereas, the court-appointed Permanent Receiver in this matter
7 ("Receiver") has reviewed documentation supporting Bank Leumi's claim, and
8 based upon that review does not assert that the Receivership estate holds any claim
9 to the funds in said account that would be senior to Bank Leumi's security interest,
10 or that the asset freeze provisions of this Court's January 8, 2010 Temporary
11 Restraining Order and the subsequent extensions thereof should preclude Bank
12 Leumi from applying the funds in said account to cover payments made and to be
13 made against the letter of credit;

14 ////
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    **IT IS HEREBY STIPULATED**, and the Court is requested to order, that

2   Bank Leumi may apply the funds in said deposit account against payments made

3   and to be made against the letter of credit, and that the application of the funds in

4   said deposit account by Bank Leumi against payments made and to be made

5   against the outstanding letter of credit shall not be deemed a violation of the asset

6   freeze provisions of this Court's January 8, 2010 Temporary Restraining Order and

7   the subsequent extensions thereof.

8

9   Dated:  February 22, 2010

10                                            Bernard B. Smyth
                                              John M. McCoy III
11                                            Attorneys for Plaintiff
                                              Securities and Exchange Commission

12

13  Dated:  February 22, 2010

14                                            Byron Z. Moldo
                                              Ervin Cohen & Jessup LLP
15                                            Attorney for Permanent Receiver
                                              James H. Donell

16

17  Dated:  February ___, 2010

18                                            Gary O. Caris
                                              McKenna, Long & Aldridge LLP
19                                            Attorney for Bank Leumi USA

20

21

22

23

24

25

26

27

28

1    **IT IS HEREBY STIPULATED**, and the Court is requested to order, that

2  Bank Leumi may apply the funds in said deposit account against payments made

3  and to be made against the letter of credit, and that the application of the funds in

4  said deposit account by Bank Leumi against payments made and to be made

5  against the outstanding letter of credit shall not be deemed a violation of the asset

6  freeze provisions of this Court's January 8, 2010 Temporary Restraining Order and

7  the subsequent extensions thereof.

9  Dated: February __, 2010

    Bernard B. Smyth
    John M. McCoy III
    Attorneys for Plaintiff
    Securities and Exchange Commission

13  Dated: February __, 2010

    Byron Z. Moldo
    Ervin Cohen & Jessup LLP
    Attorney for Permanent Receiver
    James H. Donell

17  Dated: February 22, 2010

    Gary O. Caris
    McKenna, Long & Aldridge LLP
    Attorney for Bank Leumi USA

2

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On February 23, 2010, I caused to be served the document entitled **STIPULATION AND REQUEST FOR LIMITED RELIEF FROM ASSET FREEZE TO PERMIT APPLICATION OF SPECIFIC FUNDS PURSUANT TO SECURITY INTEREST OF BANK LEUMI USA** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

  [ ]   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

  [ ]   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **FEDERAL EXPRESS:**  By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

[X]   **(Federal)** I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.


Date: February 23, 2010                    /s/ John M. McCoy III
                                           John M. McCoy III

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SEC v. NEWPOINT FINANCIAL SERVICES, INC., et al.**
**United States District Court – Central District of California**
**Case No. CV 10-0124 DDP (JEMx)**
**(LA-3663)**

SERVICE LIST

Byron Z. Moldo, Esq. **(served by electronic mail)**
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212-2974
Email: bmoldo@ecjlaw.com
*Attorney for Court-Appointed Temporary Receiver for Defendant*
*NewPoint Financial Services, Inc., and Relief Defendant Triple "J"*
*Plus, LLC*

Gary S. Lincenberg, Esq. **(served by electronic mail)**
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Email: gsl@birdmarella.com
*Attorney for Defendant John Farahi*

Sylvia M. Scott, Esq. **(served by electronic mail)**
Freeman Freeman & Smiley LLP
3415 S. Sepulveda Boulevard, 12th Floor
Los Angeles, CA 90034
Email: sms@ffslaw.com
*Attorney for Defendants Gissou Rastegar Farahi and Elaheh*
*Amouei*

Gary Owen Caris, Esq.
Mckenna Long & Aldridge LLP
300 S. Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Email: gcaris@mckennalong.com
*Attorney for Bank Leumi USA*