1  JOHN M. MCCOY III, Cal Bar. No. 166244
   Email:  mccoyj@sec.gov
2  FINOLA H. MANVELIAN, Cal. Bar No. 180681
   Email:  manvelianf@sec.gov
3  JESSICA R. PUATHASNANON, Cal. Bar No. 208074
   Email:  puathasnanonj@sec.gov
4  BERNARD B. SMYTH III, Cal. Bar No. 217741
   Email:  smythb@sec.gov
5
   Attorneys for Plaintiff
6  Securities and Exchange Commission
   Rosalind R. Tyson, Regional Director
7  Andrew G. Petillon, Associate Regional Director
   5670 Wilshire Boulevard, 11th Floor
8  Los Angeles, California 90036
   Telephone:  (323) 965-3998
9  Facsimile:  (323) 965-3908

10

11               **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13  SECURITIES AND EXCHANGE              Case No. CV 10-0124 DDP (JEMx)
    COMMISSION,
14                                       **STIPULATION TO MODIFY**
                                         **BRIEFING SCHEDULE ON**
15            Plaintiff,                 **DEFENDANT JOHN FARAHI'S**
                                         **MOTION TO MODIFY MARCH 17,**
16        vs.                            **2010 ORDER TO RELEASE FUNDS**
                                         **TO PAY LIVING EXPENSES AND**
17  NEWPOINT FINANCIAL SERVICES,         **ATTORNEY'S FEES**
    INC.; JOHN FARAHI; GISSOU
18  RASTEGAR FARAHI; and ELAHEH
    AMOUEI,
19
              Defendants,
20
          and
21
    TRIPLE "J" PLUS, LLC; QUIFF
22  INVESTMENTS, LTD.; JUSTIN P.
    FARAHI; and JOSHUA A. FARAHI,
23
              Relief Defendants.
24

25

26

27

28

1    Whereas, Defendant John Farahi's ("Defendant's") Motion To Modify

2  March 17, 2010 Order To Release Funds To Pay Living Expenses and Attorney's

3  Fees ("Motion to Modify") is set for hearing on April 19, 2010;

4    Whereas, counsel for Defendant and for Plaintiff Securities and Exchange

5  Commission ("Commission") have discussed and are amenable to a modified

6  briefing schedule that will accommodate the schedule of counsel for the

7  Commission without unnecessarily delaying the resolution of the motion;

8    **IT IS HEREBY STIPULATED**, and the Court is respectfully requested to

9  order, that

10    the Commission's opposition to the Motion to Modify shall be filed and

11  served by no later than April 1, 2010;

12    Defendant's reply to said opposition shall be filed and served by no later

13  than April 8, 2010; and

14    the hearing date shall remain unchanged.

15

16

17  Dated:  March 26, 2010              /s/ John M. McCoy III
                                        John M. McCoy III
18                                      Bernard B. Smyth
                                        Attorneys for Plaintiff
19                                      Securities and Exchange Commission

20

21  Dated:  March 26, 2010              /s/ David I. Hurwitz
                                        Gary S. Lincenberg
22                                      David I. Hurwitz
                                        BIRD, MARELLA, BOXER, WOLPERT
23                                      NESSIM, DROOKS & LINCENBERG PC
                                        Attorneys for Defendant John Farahi
24

25

26

27

28

1

**<u>PROOF OF SERVICE</u>**

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On March 26, 2010, I caused to be served the document entitled **STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT JOHN FARAHI'S MOTION TO MODIFY MARCH 17, 2010 ORDER TO RELEASE FUNDS TO PAY LIVING EXPENSES AND ATTORNEY'S FEES** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

    [ ]   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

    [ ]   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **FEDERAL EXPRESS:**  By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[X]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

[X]   **(Federal)** I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Date:  March 26, 2010             /s/ John M. McCoy III
                                        John M. McCoy III

**SEC v. NEWPOINT FINANCIAL SERVICES, INC., et al.**
**United States District Court – Central District of California**
**Case No. CV 10-0124 DDP (JEMx)**
**(LA-3663)**

SERVICE LIST

Byron Z. Moldo, Esq. **(served by electronic mail only)**
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212-2974
Email:  bmoldo@ecjlaw.com
*Attorney for Court-Appointed Temporary Receiver for Defendant*
*NewPoint Financial Services, Inc., and Relief Defendant Triple "J"*
*Plus, LLC*

Gary S. Lincenberg, Esq. **(served by electronic mail only)**
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Email:  gsl@birdmarella.com
*Attorney for Defendant John Farahi*

Gissou Rastegar Farahi **(served by U.S. mail only)**
805 N. Alta Drive
Beverly Hills, CA 90210

Clyde DeWitt, Esq. **(served by electronic mail only)**
Law Offices of Clyde DeWitt, APC
2800 28th Street, Suite 321
Santa Monica, CA 90405-6201
Email:  clydedewitt@earthlink.net
*Attorney for Defendant Elaheh Amouei*

Jerome A. Kaplan, Esq. **(served by electronic mail only)**
Kaplan Kenegos & Kadin
9150 Wilshire Boulevard, Suite 175
Beverly Hills, CA 90212
Email:  kapkenkd@pacbell.net
*Attorney for Relief Defendant Quiff Investments, Ltd.*

David K. Willingham, Esq. **(served by electronic mail only)**
Matthew O'Brien, Esq. **(served by electronic mail only)**
Caldwell Leslie & Proctor, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Email:  willingham@caldwell-leslie.com
Email:  obrien@caldwell-leslie.com
*Attorneys for Relief Defendants Justin Farahi and Joshua Farahi*

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gregory A. Ellis, Esq. **(served by electronic mail only)**
Marc S. Harris, Esq. **(served by electronic mail only)**
Scheper Kim & Overland LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Email: gellis@scheperkim.com
Email:  mharris@scheperkim.com
***Attorneys for Intervenor Parviz Banafshe***