O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMOUEI, <br><br> Defendants. | Case No. CV 10-00124 DDP (JEMx) <br><br> **ORDER DENYING DEFENDANTS'** *EX PARTE* **APPLICATION TO STAY MAGISTRATE JUDGE's NOVEMBER 5, 2010 ORDER AND GRANTING PLAINTIFF'S** *EX PARTE* **APPLICATION TO ENFORCE THE MAGISTRATE JUDGE'S NOVEMBER 5, 2010 ORDER** <br><br> [*Ex Parte* Applications filed on 11/17/2010 **and** 11/18/2010] |

Presently before the court is the Ex Parte Application of Plaintiff Securities and Exchange Commission for Order Enforcing Magistrate Judge's November 5, 2010 Order and the Ex Parte Application of Defendants John Farahi and Gissou Rastegar Farahi, Intervenor Pariz Banafshe, Relief Defendants Quiff Investments, Ltd., Justin P. Farahi, and Joshua A. Farahi, and Third Parties Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Linceberg, P.C., Larsen AVR Group, Inc., Kaplan Kenegos & Kadin, Law Office of Leo Fasen, and Caldwell Leslie & Proctor, PC for a stay of the Magistrate Judge's November 5, Order.

1  The court has considered both parties' applications and
2 supporting documents as well as the November 5, 2010, order of
3 United States Magistrate Judge McDermott.  The court finds that
4 there is not good cause for the requested stay.  Defendants' <u>Ex
5 Parte</u> application for a stay is therefore DENIED.  Plaintiff's <u>Ex
6 Parte</u> application for enforcement of the order is GRANTED.  It is
7 further ordered that Defendants shall comply with the Magistrate
8 Judge's November, 5, 2010, order forthwith.

10 IT IS SO ORDERED.

13 Dated: November 24, 2010

DEAN D. PREGERSON
United States District Judge

2