O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMOUEI, <br><br> Defendants. | Case No. CV 10-00124 DDP (JEMx) <br><br> **ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT FARAHI'S AND RELIEF DEFENDANT QUIFF'S MOTIONS TO VACATE OR MODIFY ASSET FREEZE ORDER** <br><br> [Docket Nos. 295, 296] |

Presently before the Court are Defendant John Farahi's and Relief Defendant Quiff Investments, Ltd.'s respective Motions to vacate or modify the court's January 18, 2012 Order Reinstating Asset Freeze and Requiring Accounting. Having reviewed the parties' moving papers and heard oral argument, the court denies the Motions in part, grants the Motions in part, and adopts the following Order.

The parties have briefed and argued this matter in substantial detail. As the record reflects, Plaintiff Securities and Exchange Commission has raised serious issues as to Defendant John Farahi's

connection to and possible control over Relief Defendant Quiff Investments, Ltd. ("Quiff") and its assets. The court therefore declines to vacate its January 18, 2012 Order reinstating the freeze of Quiff's assets and all amounts withdrawn or otherwise disbursed from the relevant Quiff account since April 27, 2010.

The court finds it unnecessary, however, to require an accounting from Quiff, Farahi, or Farahi's counsel. As the record reflects, requiring such an accounting raises concerns with regard to Farahi's related criminal proceedings.

The March 17, 2010 Temporary Restraining Order Freezing Assets shall remain in effect.

IT IS SO ORDERED.

Dated: April 5, 2012

DEAN D. PREGERSON
United States District Judge