JOHN B. BULGOZDY, Cal Bar. No. 219897
Email: bulgozdyj@sec.gov
BERNARD B. SMYTH III, Cal. Bar No. 217741
Email: smythb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John M. McCoy III, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMOUEI,<br><br>　　　　Defendants,<br><br>　and<br><br>TRIPLE "J" PLUS, LLC; QUIFF INVESTMENTS, LTD.; JUSTIN P. FARAHI; and JOSHUA A. FARAHI,<br><br>　　　　Relief Defendants. | Case No. CV 10-00124 DDP (JEMx)<br><br>**FINAL JUDGMENT AS TO RELIEF DEFENDANT QUIFF INVESTMENTS, LTD.**<br><br>NO JS-6 |

Rev07022013

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Quiff Investments, Ltd. ("Quiff") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; and consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

**I.**

IT IS HEREBY ORDERED, ADJUSTED, AND DECREED that the freeze of the assets of Relief Defendant in Quiff's account number XXXX625 at Interactive Brokers shall be immediately lifted, all funds shall be and are unfrozen, all restraints against release or disbursement of the monies in the account shall be and are dissolved, and all of the monies currently subject to the asset freeze shall be released and/or disbursed forthwith directly by Interactive Brokers as follows:

    a.    The following Quiff investors shall be paid the balance of their investments, plus interest at the agreed rate, in the following amounts: (the names of the investors shall be redacted from this publicly filed Consent and Consent Judgment, the unredacted copies shall be filed under seal with the Court and the names of the investors and the unredacted copies of this Consent and the Consent Judgment shall not be disclosed to any party or entity not a party to this Consent or the Consent Judgment):

        i.    US $68,073.03 to Farid Goharchin with such funds being unfrozen and released to the Quiff Investments, Ltd. account at Interactive Brokers, account number xxxx625 for the benefit of Farid Goharchin;

Rev07022013A                               1

    ii.  US$130,769.42 to Bahram Kahenassa with such funds being unfrozen and released to the Quiff Investments, Ltd. account at Interactive Brokers, account number xxxx625 for the benefit of Bahram Kahenassa; and

    iii.  €2,171,864.97 (US $2,932,017 at $1.35/Euro) to Amir Khalili with such funds being unfrozen and released to the Quiff Investments, Ltd. account at Interactive Brokers, account number xxxx625 for the benefit of Amir Khalili.

  b. Quiff's attorneys Kaplan, Kenegos & Kadin shall be paid US $250,800.00 representing costs and attorneys' fees, and Interactive Brokers shall remit such funds to "Kaplan, Kenegos & Kadin, 9150 Wilshire Boulevard, Suite 175, Beverly Hills, California 90212" or wire transferred to the Kaplan law firm's account.

  c. The balance of funds in the approximate sum of US $2,108,106.58 shall be disbursed 50% to the Receiver James Donell (and Interactive Brokers shall remit such funds to "Receiver James Donell", 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, California 90212, or wire transfer to the Receiver's account) and 50% shall be unfrozen and released to Quiff Investments, Ltd. at Quiff's Interactive Brokers, account number xxxx625 for the benefit of Quiff Investments, Ltd.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Commission's Complaint against Quiff shall be, and hereby is, dismissed with prejudice.

### III.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms of the Consent are incorporated herein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  December 13, 2013

*[signature]*

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Rev07022013A                                3