1   JOHN B. BULGOZDY, Cal. Bar. No. 219897
    Email:  bulgozdyj@sec.gov
2   BERNARD B. SMYTH III, Cal. Bar. No. 217741
    Email:  smythb@sec.gov
3
    Attorneys for Plaintiff
4   Securities and Exchange Commission
    Michele Wein Layne, Regional Director
5   John W. Berry, Regional Trial Counsel
    5670 Wilshire Boulevard, 1 1th Floor
6   Los Angeles, California 90036
    Telephone:   (323) 965-3998
7   Facsimile:    (323) 965-3908

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11  SECURITIES AND EXCHANGE            Case No. CV-10-0124 DDP (JEMx)
    COMMISSION,
12                                     SECURITIES AND EXCHANGE
                  Plaintiff,           COMMISSION'S RESPONSE TO
13                                     RECEIVER'S MOTION FOR
          vs.                          INTERIM PAYMENT OF
14                                     RECEIVER'S FEES AND EXPENSES
    NEWPOINT FINANCIAL SERVICES,
15  INC.; JOHN FARAHI; GISSOU          Date:       August 18, 2014
    RASTEGAR FARAHI; and ELAHEH        Time:       10:00 a.m.
16  AMOUEI,                            Place:      Courtroom 3
                                                   (Hon. Dean D. Pregerson)
17                Defendants,

18        and

19  TRIPLE "J" PLUS, LLC; QUIFF
    INVESTMENTS, LTD.; JUSTIN P.
20  FARAHI; and JOSHUA A. FARAHI,

21                Relief Defendants.

22

23

24

25

26

27

28

Plaintiff Securities and Exchange Commission ("SEC") states, pursuant to Local Rule 7-9(b), that it does not oppose the motion of the Receiver and his professionals for an interim payment of fees and expenses, with one caveat. The SEC was not served with a proposed order, and does not find a proposed order included in the filing available on PACER. While the SEC does not oppose an interim payment of fees, it appears that the Court may not have been provided with the appropriate numbers reflecting an agreed 10% holdback for all of the interim fee payments.

As stated in the application, the interim fees are subject to a 10% holdback. The application shows that the holdback was applied to the fees of the Receiver. However, it does not appear to have been applied to the interim fees of the professionals. For example, Ervin Cohen & Jessup states that it billed fees of $348,396.55, and then agreed to discount its billing rates resulting in a reduction of $58,676.25, for interim fees of $289,720.30. While the motion states that the fees are subject to a 10% holdback, that calculation does not appear in the application, but would result in an interim payment of $260,748.27 to Ervin Cohen & Jessup. Similar reductions need to be made to any interim award to the Receiver's accountants, which also do not appear to reflect the 10% holdback.

Therefore, for the sake of clarity, SEC states that it does not oppose an interim payment of fees and costs in the following amounts:

(1) to the Receiver James Donell, interim fees in the amount of $62,260.25 and costs in the amount of $1,548.56;

(2) to Receiver's counsel Ervin Cohen & Jessup, interim fees in the amount of $260,748.27 and costs in the amount of $9,606.93;

(3) to the Receiver's accountant Grobstein Teeple Financial Advisory Services, interim fees in the amount of $16,245.00 and costs of $171.83; and

///

///

1

1    (4) to the Receiver's accountant Crowe Horwath LLP, interim fees in the

2    amount of $23,340.60 and costs in the amount of $28.51.

3

4                                      Respectfully submitted,

5

6    Dated:  July 29, 2014              /s/ John B. Bulgozdy
                                        John B. Bulgozdy
7                                       Bernard B. Smyth III
                                        Attorneys for Plaintiff
8                                       Securities and Exchange Commission

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On July 29, 2014, I caused to be served the document entitled **SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO RECEIVER'S MOTION FOR INTERIM PAYMENT OF RECEIVER'S FEES AND EXPENSES** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

   [ ]   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

   [ ]   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 29, 2014                                /s/ John W. Bulgozdy
                                                   John W. Bulgozdy

**SEC v. NEWPOINT FINANCIAL SERVICES, INC., et al.**
**United States District Court – Central District of California**
**Case No. CV 10-0124 DDP (JEMx)**
**(LA-3663)**

SERVICE LIST

Byron Z. Moldo, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212-2974
Email: bmoldo@ecjlaw.com
*Attorney for Court-Appointed Receiver for Defendant NewPoint*
*Financial Services, Inc. and related companies*

Gary S. Lincenberg, Esq.
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Email: gsl@birdmarella.com
*Attorney for Defendant John Farahi*

Clyde DeWitt, Esq.
Law Offices of Clyde DeWitt, APC
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Email: clydedewitt@earthlink.net
*Attorney for Defendant Elaheh Amouei*

Jerome A. Kaplan, Esq.
Kaplan Kenegos & Kadin
9150 Wilshire Boulevard, Suite 175
Beverly Hills, CA 90212
Email: kapkenkd@pacbell.net
*Attorney for Defendant Gissou Farahi and Relief Defendant Quiff*
*Investments, Ltd.*

David K. Willingham, Esq.
Matthew O'Brien, Esq.
Caldwell Leslie & Proctor, PC
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Email: willingham@caldwell-leslie.com
Email: obrien@caldwell-leslie.com
*Attorneys for Relief Defendants Justin Farahi and Joshua Farahi*

Bruce J. Altshuler, Esq.
Altshuler & Spiro
9301 Wilshire Boulevard, Suite 504
Beverly Hills, CA 90210
Email: bjaltshuler@sbcglobal.net
*Attorney for Intervenor Parviz Banafshe*

4