O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) Case No. CV 10-00124 DDP (JEMx) ) |
| Plaintiff, | ) **ORDER AUTHORIZING PAYMENT OF** ) **RECEIVER'S FEES AND EXPENSES** ) **REQUESTED IN THE FOURTH INTERIM** |
| v. | ) **REPORT.** ) |
| NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMOUEI, | ) [DOCKET NUMBER 511] ) ) ) |
| Defendants. | ) ) |

Having considered the written submissions in support of the Fourth Interim Report and Application for Approval of the Receiver's Fees and Expenses ("Application"), the Court finds that the fees requested are reasonable and the Application should be granted. Therefore, the Court approves the following fees:

///

///

///

1     - for the Receiver, fees in the amount of $69,178.05 and costs
2     in the amount of $1,548.56 for the period covered by the
3     Application (January 1, 2013 through June 30, 2013);
4     - for Receiver's counsel, Ervin, Cohen & Jessup LLP, fees in
5     the amount of $289,720.30 and costs in the amount of $9,606.93
6     for the period covered by the Application;
7     - for the accounting firm Grobstein Teeple Financial Advisory
8     Services LLP, fees in the amount of $18,050.00 and costs in
9     the amount of $171.83 for the period covered by the
10    Application;
11    - for the accounting firm Crowe Horwath LLP, fees in the
12    amount of $25,934.00 and costs in the amount of $28.51 for the
13    period covered by the Application.

15    Pursuant to a standing agreement between the Receiver, the
16 professional firms, and the Securities and Exchange Commission,
17 payment of interim fees in this case is subject to a 10% holdback.
18 (Appl. ¶¶ 89-92.)  The Court therefore authorizes the Receiver to
19 pay 90% of each of the fees approved above, and 100% of the costs
20 approved above, to the respective parties from available
21 receivership estate funds.

23 IT IS SO ORDERED.

26 Dated: September 16, 2014

                                                 DEAN D. PREGERSON
                                                 United States District Judge