# EXHIBIT A



**Receiver's Final Accounting Report**

James H. Donell, Receiver
12121 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025

| | |
|---|---|
| Case Number: | CV 10 0124 DDP (JEMx) |
| Case Name: | Securities and Exchange Commission vs. Newpoint Financial Services, Inc.; John Farahi; Gissou Rastegar Farahi, and Elaheh Amouei, and Triple "J" Plus, LLC |
| Cumulative Period: | January 8, 2010 - July 31, 2016 |

| Description | Prior Period 1/8/10-12/31/14 | Current Period 1/1/15-7/31/16 | Cumulative Period 1/8/10-7/31/16 |
|---|---:|---:|---:|
| **CASH RECEIPTS:** | | | |
| NewPoint Financial 1031 Exchange Sun West 042707 | 2,230.91 | - | 2,230.91 |
| NewPoint Financial 1031 Exchange Wells Fargo 46589 | 1,357,115.00 | - | 1,357,115.00 |
| NewPoint Financial 1031 Exchange Wells Fargo 46589 | 514,028.42 | - | 514,028.42 |
| NewPoint Mortgage Bankers Sun West 042706 | 95,442.12 | - | 95,442.12 |
| NewPoint Financial Services Sun West 042702 | 59,525.40 | - | 59,525.40 |
| NewPoint Securities LLC, Wells Fargo 451204 | 5,583.31 | - | 5,583.31 |
| Newpoint Financial Services - Bank of America 02185 | 7,214.40 | - | 7,214.40 |
| Newpoint Securities LLC, Pershing LLC | 102,000.00 | - | 102,000.00 |
| Triple J Plus, LLC Sun West 042701 | 33,302.92 | - | 33,302.92 |
| Triple J Exchange | 1,920,054.59 | - | 1,920,054.59 |
| John Farahi Gissou Farahi BoA 2989 | 16,274.25 | - | 16,274.25 |
| Gissou Farahi BoA 2663 | 65.13 | - | 65.13 |
| Gissou Rastegar BoA 2410 | 2,264.49 | - | 2,264.49 |
| John Farahi Ardeshir Vaziri BoA 0684 | 757.07 | - | 757.07 |
| John Farahi Wells Fargo Bank | 59,484.04 | - | 59,484.04 |
| Funds T/O by Bank of America | 43,762.55 | - | 43,762.55 |
| Funds T/O by City National Bank | 88,845.23 | - | 88,845.23 |
| Parsi Investments - BoA 2186/2119 | 19,081.64 | - | 19,081.64 |
| Farahi Auto Settlement from Allstate Insurance | 51,608.89 | - | 51,608.89 |
| Gissou Farahi - Interactive Brokers acct U212605 | 4,156.27 | - | 4,156.27 |
| Sale of Ferrari | 94,350.00 | - | 94,350.00 |
| Sale of Sea Runner, LLC - Azimut | 489,000.00 | - | 489,000.00 |
| Sale of Jewelry | 69,956.60 | - | 69,956.80 |
| Sale of Alta Drive, Beverly Hills | 243,046.27 | - | 243,046.27 |
| Refund of Impounds for Alta Drive | 38,195.99 | - | 38,195.99 |
| Refund of Legal/Receiver fees from Investors | 10,100.00 | - | 10,100.00 |
| Funds from Office Furniture Auction | 5,029.59 | - | 5,029.59 |
| Funds from Alta Drive Furniture Auction | 46,653.35 | - | 46,653.35 |
| Misc. Refunds/Income | 1,875.63 | 224.36 | 2,099.99 |
| Joseph Golshan - Note Payment | 62,000.00 | 17,000.00 | 79,000.00 |
| Winner's Settlement Payments | 1,325,251.61 | 149,793.79 | 1,475,045.40 |
| Bank of America Settlement | 3,850,230.14 | - | 3,850,230.14 |
| Funds T/O by Bird Marella Boxer & Wolpert | 94,679.15 | - | 94,679.15 |
| Funds T/O by Peitzman Weg LLC | 95,000.00 | - | 95,000.00 |
| Quiff Investments Settlement | 1,090,793.17 | - | 1,090,793.17 |
| Vahdat Settlement | 225,000.00 | - | 225,000.00 |
| Nixon Peabody Settlement | 5,200,000.00 | - | 5,200,000.00 |
| Banafshe Settlement | 80,000.00 | - | 80,000.00 |
| Funds T/O by New York Life Insurance | 332,569.54 | - | 332,569.54 |
| Interest Income | 14,846.85 | 2,201.66 | 17,048.51 |
| Total receipts | 17,751,374.72 | 169,219.81 | 17,920,594.53 |
| | | | |
| **CASH DISBURSEMENTS:** | | | |
| Accounting Fees | 893,098.46 | 38,607.75 | 931,706.21 |
| Accounting Costs | 10,689.39 | 249.21 | 10,938.60 |
| Administrative Expense | 3,840.01 | 150.00 | 3,990.01 |
| Claims Procedure Advertisement | 1,855.00 | - | 1,855.00 |
| Storage Expense | 11,013.12 | 2,846.20 | 13,859.32 |
| Legal Fees | 1,434,295.46 | 739,074.24 | 2,173,369.70 |
| Legal Costs | 77,727.22 | 59,727.73 | 137,454.95 |
| Locks & Keys | 102.07 | - | 102.07 |
| Postage/Delivery | 664.51 | 69.08 | 733.59 |
| Bank Charge | 1,452.19 | 123.85 | 1,576.04 |
| Boat Repairs/Expenses | 255,480.98 | - | 255,480.98 |
| Boat Insurance | 6,534.00 | - | 6,534.00 |
| CGI Finance - Sale of Sea Runner LLC | 200,638.60 | - | 200,638.60 |
| Car Insurance (Ferrari) | 2,523.90 | - | 2,523.90 |
| Car Repair (Ferrari) | 8,541.82 | - | 8,541.82 |
| Alta Drive Beverly Hills - Farahi's House | 157,588.56 | - | 157,588.56 |
| J. Farahi Monthly Living Expenses (Per Order) | 14,000.00 | - | 14,000.00 |
| Litigation Support Costs | 589,018.46 | - | 589,018.46 |
| Receiver Fees | 538,708.37 | 149,895.72 | 688,604.09 |
| Receiver Costs | 11,407.35 | 10,536.60 | 21,943.95 |
| Federal/State Taxes | 30,548.02 | 1,850.00 | 32,398.02 |
| Total Disbursements | 4,249,727.49 | 1,003,130.38 | 5,252,857.87 |
| | | | |
| **OTHER DISBURSEMENTS:** | | | |
| 1st Distribution to Investors/Creditors | 3,056,310.72 | - | 3,056,310.72 |
| M Trust Settlement | 700,000.00 | - | 700,000.00 |
| Triple J Settlement | 1,006,230.94 | - | 1,006,230.94 |
| 2nd Distribution to Investors/Creditors | 957,737.11 | - | 957,737.11 |
| 3rd Distribution to Investors/Creditors | 961,697.11 | - | 961,697.11 |
| 4th Distribution to Investors | 4,396,329.80 | - | 4,396,329.80 |
| 5th Distribution to Investors | 343,463.28 | - | 343,463.28 |
| 6th Distribution to Investors | 247,293.55 | - | 247,293.55 |
| 7th Distribution to Investors | - | 206,077.96 | 206,077.96 |
| Total Other Disbursements | 11,669,062.51 | 206,077.96 | 11,875,140.47 |
| | | | |
| (Decrease)/Increase in Cash | 1,832,584.72 | (1,039,988.53) | 792,596.19 |
| Cash-Beginning of period | - | 1,832,584.72 | - |
| Cash-End of period | 1,832,584.72 | 792,596.19 | 792,596.19 |

**EXHIBIT "A" - Page 36**