# EXHIBIT C

Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for James H. Donell, Permanent Receiver

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NEWPOINT FINANCIAL SERVICES, INC.; JOHN FARAHI; GISSOU RASTEGAR FARAHI; and ELAHEH AMONE,<br><br>Defendants.<br><br>and<br><br>TRIPLE "J" PLUS, LLC,,<br><br>Relief Defendant. | CASE NO.<br><br>CV 10-00124 DDP(JEMx)<br><br>**ORDER APPROVING FIRST INTERIM APPLICATION OF JAMES H. DONELL, PERMANENT RECEIVER, FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES TO (1) THE RECEIVER; (2) THE RECEIVER'S COUNSEL, ERVIN, COHEN & JESSUP LLP; AND (3) THE RECEIVER'S ACCOUNTANTS, CROWE HORWATH LLP**<br><br>DATE:  May 16, 2011<br>TIME:  10:00 A.M.<br>CTRM:  3<br><br>Judge Dean D. Pregerson |

IDOCS:13390.10:1184337.1
ORDER APPROVING FIRST INTERIM APPLICATION OF JAMES H. DONELL, PERMANENT RECEIVER, FOR APPROVAL OF
RECEIVER'S FEES AND EXPENSES TO (1) THE RECEIVER; (2) THE RECEIVER'S COUNSEL, ERVIN, COHEN & JESSUP LLP;
AND (3) THE RECEIVER'S ACCOUNTANTS, CROWE HORWATH LLP

The First Interim Application of James H. Donell, Permanent Receiver, for Approval of Receiver's Fees and Expenses; Memorandum of Points and Authorities; Declarations of James H. Donell, Byron Z. Moldo and Howard Grobstein ("Application"), having been filed with the Court, and notice of the Application having been provided to all interested parties, the matter came on regularly for hearing on May 16, 2011 at 10:00 A.M. in Courtroom 3 of the above-entitled Court before the Honorable Dean D. Pregerson, United States District Judge. Byron Z. Moldo of Ervin Cohen & Jessup LLP ("ECJ") appeared on behalf of James H. Donell, Permanent Receiver; James H. Donell, Permanent Receiver appeared; Howard Grobstein of Crowe Horwath LLP ("Crowe") appeared; other parties appeared as reflected in the Court's minutes.

The Court having read and considered the Application, any opposition, and the replies thereto, and having the statements and argument of counsel, and good cause appearing therefor, the Court enters its order as follows:

1. IT IS HEREBY ORDERED that the Application is granted.

2. IT IS FURTHER ORDERED that the interim fees and reimbursement of expenses requested in the Application are approved as follows:

   a. To James H. Donell, Permanent Receiver interim fees of $105,602.85 and reimbursement of expenses of $1,660.42;

   b. To ECJ, the Receiver's counsel, interim fees of $253,079.00 and reimbursement of expenses of $6,983.82; and

   c. To Crowe, the Receiver's accountants, interim fees of $305,921.00 and reimbursement expenses of $5,749.85.

////
////
////
////

IDOCS:13390.10:1184337.1                                2
ORDER APPROVING FIRST INTERIM APPLICATION OF JAMES H. DONELL, PERMANENT RECEIVER, FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES (1) THE RECEIVER; (2) THE RECEIVER'S COUNSEL, ERVIN, COHEN & JESSUP LLP; AND (3) THE RECEIVER'S ACCOUNTANTS, CROWE HORWATH LLP

EXHIBIT "C" - Page 137

3.     IT IS FURTHER ORDERED that the Receiver is authorized to pay the Receiver, ECJ, and Crowe 90% of the approved fees and 100% of the approved costs from the funds under his custody and control.

DATED: May 16, 2011

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

IDOCS:13390.10:1184337.1                                 3
ORDER APPROVING FIRST INTERIM APPLICATION OF JAMES H. DONELL, PERMANENT RECEIVER, FOR APPROVAL OF RECEIVER'S FEES AND EXPENSES (1) THE RECEIVER; (2) THE RECEIVER'S COUNSEL, ERVIN, COHEN & JESSUP LLP; AND (3) THE RECEIVER'S ACCOUNTANTS, CROWE HORWATH LLP

**EXHIBIT "C" - Page 138**