UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 10-00124 DDP (JEMx)                              Date: December 12, 2016

Title:   SECURITIES AND EXCHANGE COMMISSION -v- NEWPOINT FINANCIAL
SERVICES, INC. et al
===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   Patricia Gomez                                          Maria Bustillos
   Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

John B. Bulgozdy


James H. Donell, receiver
Byron Z. Moldo, att for receiver


PROCEEDINGS:      MOTION FOR COMPENSATION BY RECEIVER (DOCKET
                  NUMBER 535)


      Court and counsel confer as reflected on the record. The MOTION FOR
COMPENSATION (Dkt. No. 535) is GRANTED.

                                                               :      14
                                           Initials of Preparer      PG

CV - 90 (03/15)